CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| GRANITE TELECOMMUNICATIONS, LLC, | ) ) ) ) | |
| vs       Plaintiff | ) ) | Civil Action No._____ |
| AT&T CORP., AT&T COMMUNICATIONS, INC., AND DOES 1-20 | ) ) ) ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  **Granite Telecommunications, LLC**  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  **Granite Telecommunications, LLC**  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

484434
BAR IDENTIFICATION NO.

Anitra D. Goodman
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
Address

Washington     DC            20007
City            State         Zip Code

(202) 424-7500
Phone Number