# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRANITE TELECOMMUNICATIONS, LLC,<br>234 Copeland Street<br>Quincy, Massachusetts 02169,<br><br>       Plaintiffs,<br><br>    v.<br><br>AT&T CORP.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921,<br><br>AT&T COMMUNICATIONS, INC.,<br>1 AT&T Way<br>Bedminster, New Jersey 07921, and<br><br>DOES 1-20,<br><br>       Defendants. | 1:05cv01416<br><br>Judge Ellen Segal Huvelle |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") hereby move the Court for an extension of time to respond to Plaintiffs' Complaint by answer or by motion. Defendants were served with the Complaint on July 21, 2005, and therefore, Defendants' responsive pleading is scheduled to be due on August 10, 2005. Defendants move for an extension of their time to respond to the Complaint until August 22, 2005.

Defendants have consulted with counsel for Plaintiffs, and Plaintiffs do not oppose the instant motion. A proposed Consent Order is attached.

Dated:  August 4, 2005

Respectfully submitted,

/s/ JOSEPH R. PALMORE

David L. Lawson (D.C. Bar #434741)
Michael J. Hunseder (D.C. Bar #447260)
Joseph R. Palmore (D.C. Bar #465811)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Defendants
AT&T Corp. and AT&T Communications, Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GRANITE TELECOMMUNICATIONS, LLC,  )
234 Copeland Street                 )
Quincy, Massachusetts 02169,     )
                                )
       Plaintiffs,          )
                                )   1:05cv01416
    v.                    )
                                )   Judge Ellen Segal Huvelle
AT&T CORP.,               )
1 AT&T Way              )
Bedminster, New Jersey 07921,   )
                                )
AT&T COMMUNICATIONS, INC.,  )
1 AT&T Way              )
Bedminster, New Jersey 07921, and )
                                )
DOES 1-20,               )
                                )
       Defendants.        )

**CONSENT ORDER TO EXTEND TIME FOR DEFENDANTS
AT&T CORP. & AT&T COMMUNICATIONS, INC. TO RESPOND
TO PLAINTIFF'S COMPLAINT**

Upon consent of the parties, the time in which Defendants AT&T Corp. and AT&T Communications, Inc., ("Defendants") have to respond to Plaintiffs' Complaint by answer or by motion is extended to August 22, 2005.

SO ORDERED, this _____ day of August, 2005.

_____
The Honorable Ellen Segal Huvelle

The following attorneys shall be notified of this Order:

Eric J. Branfman                                    David L. Lawson
Swidler Berlin LLP                                  Sidley Austin Brown & Wood, LLP
3000 K Street, NW, Suite 300                        1501 K St., NW
Washington, D.C. 20007                              Washington, D.C. 2000
(202) 424-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GRANITE TELECOMMUNICATIONS, LLC, 234 Copeland Street Quincy, Massachusetts 02169, <br><br>      Plaintiffs, <br><br>      v. <br><br>AT&T CORP., 1 AT&T Way Bedminster, New Jersey 07921, <br><br>AT&T COMMUNICATIONS, INC., 1 AT&T Way Bedminster, New Jersey 07921, and <br><br>DOES 1-20, <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:05cv01416 <br><br> Judge Ellen Segal Huvelle |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2005, I caused a true and correct copy of

Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint and

proposed order to be served on the following by first-class mail.

> Eric Jay Branfman
> Swidler, Berlin, Shereff & Friedman, L.L.P.
> 3000 K Street, NW, Suite 300
> Washington, D.C. 20007

Dated:    August 4, 2005
          Washington,  D.C.

                              /s/ Joseph R. Palmore
                              SIDLEY AUSTIN BROWN & WOOD LLP
                              1501 K Street, N.W.
                              Washington, D.C. 20005
                              (202) 736-8000

                              Attorney for Defendants
                                  AT&T Corp. and AT&T Communications, Inc