**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GRANITE TELECOMMUNICATIONS, LLC, ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:05cv01416 |
| AT&T CORP., *et al.* ) | Judge Ellen Segal Huvelle |
| Defendants. ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendants AT&T Corp and AT&T Communications, Inc. (collectively "AT&T") certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of AT&T which have any outstanding securities in the hands of the public: AT&T Corp.

AT&T Corp. has no parent company. No publicly held company owns 10 percent or more of the stock of AT&T Corp.

August 22, 2005                                   Respectfully submitted,

/s/ Michael J. Hunseder

_____
David M. Schiffman
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603
Phone:  (312) 853-7782
Fax:     (312) 853-7036

Paul M. Zidlicky (DC Bar No. #450196)
Michael J. Hunseder (DC Bar No. #447260)
Sidley Austin Brown & Wood, LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:     (202) 736-8711

*Attorneys for Defendants AT&T Corp. and AT&T Communications, Inc.*