IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANITE TELECOMMUNICATIONS, LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:05cv01416 ) |
| AT&T CORP., *et al.* | ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF GERALDINE MACK

STATE OF NEW JERSEY    )
                       ) SS
COUNTY OF SOMERSET     )

Geraldine Mack, being first duly sworn, states that:

1.  My name is Geraldine Mack. My business address is One AT&T Way, Bedminster, New Jersey 07921. I have personal knowledge of the facts stated in this affidavit.

2.  I am employed by AT&T Corporation ("AT&T") as a Senior Attorney in the Litigation Group. In this capacity, I am the in-house attorney responsible for the lawsuits that are the subject of this motion.

3.  I am familiar with the initial disclosures made by AT&T in actions brought by BellSouth Telecommunications Inc. and Qwest Corporation in the Northern District of Georgia and the District of Colorado, respectively. Those actions contain

similar allegations to this case, and the initial disclosures that AT&T intends to file in this case will be similar to those.

4. In particular, the initial disclosures in this case are expected to include the following eleven persons also listed in response to the similar allegations brought by BellSouth and Qwest: Ardell Burgess, Karen Brown, Robert Carvelli, James Dionne, Michael Downey, Frank Ianna, Craig John, Andrew Jurczak, John Salge, Cynthia Spudic, and Cathleen Wild.

5. I have supervised the review of AT&T's records to determine the states in which these individuals work or reside. AT&T's review indicates that nine of the eleven people either work at AT&T in New Jersey or are retired and live in New Jersey. The other two persons work in Michigan and Georgia. According to AT&T's records, none of them work in the Washington, D.C. area.

*[signature: Geraldine Mack]*

Geraldine Mack

Subscribed and sworn to before me this 12 day of September 2005.

WITNESS my hand and official seal

*[signature: Michael J. Hickey]*
Notary Public

MICHAEL J. HICKEY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 6/14/2008

3