**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GRANITE TELECOMMUNICATIONS, LLC,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-CV-1416-ESH |
| v. | ) ) ) | |
| **AT&T CORP., AT&T COMMUNICATIONS, INC., and DOES 1-20,** | ) ) ) ) | |
| Defendants. | ) ) ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric J. Branfman and Joshua M. Bobeck as counsel of record on behalf of Plaintiff, Granite Telecomunnications, Inc.

                         Respectfully submitted,

                            /s/ Eric J. Branfman
                        Eric J. Branfman
                        DC Bar No. 164186
                        Swidler Berlin LLP
                        3000 K Street, NW
                        Suite 300
                        Washington, DC  20007
                        (202) 424-7500
                        ejbranfman@swidlaw.com

      /s/ Joshua M. Bobeck
Joshua M. Bobeck
DC Bar No. 443620
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC  20007
(202) 424-7500
jmbobeck@swidlaw.com

**Attorneys for Plaintiff**

Dated:  September 13, 2005

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was served upon the attorneys of record for Defendants via first-class mail, postage prepaid, on this 13th day of September, 2005, as follows:

David M. Schiffman<br>
Sidley Austin Brown & Wood LLP<br>
Bank One Plaza, 10 South Dearborn<br>
Chicago, IL  60603

                                                /s/ Anitra D. Goodman
                                            **Attorneys for Plaintiffs**