UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ITC^DELTACOM COMMUNICATIONS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1360 (ESH) |
| AT&T CORP., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| GRANITE TELECOMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1416 (ESH) |
| AT&T CORP., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| RCN TELECOM SERVICES, INC., *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1432 (ESH) |
| AT&T CORP., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| THE McCLURE TELEPHONE CO., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1681 (ESH) |
| AT&T CORP., *et al.*, | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| **LEXCOM TELEPHONE CO.,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**AT&T CORP.,** *et al.*,  )<br>)<br>Defendants.  )<br>_____)| Civil Action No. 05-1740 (ESH) |
| **SUPRA TELECOMMUNICATIONS AND**  )<br>   **INFORMATION SYSTEMS, INC.,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**AT&T CORP.,** *et al.*,  )<br>)<br>Defendants.  )<br>_____)| Civil Action No. 05-1785 (ESH) |
| **PRAIRIE GROVE TELEPHONE COMPANY,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**AT&T CORP.,** *et al.*,  )<br>)<br>Defendants.  )<br>_____)| Civil Action No. 05-1858 (ESH) |

## CASE MANAGEMENT ORDER

**WHEREAS**, the above-captioned actions have been filed against AT&T Corp. and AT&T Communications, Inc. (hereinafter "AT&T) in this Court alleging, *inter alia*, violations of the Communications Act of 1934, 47 U.S.C. § 203 *et seq.*; and

**WHEREAS**, in order to promote judicial economy and avoid duplication, the Court finds that it would be appropriate to provide for coordination of these actions and to provide for coordination of any future actions against AT&T involving allegations of underpayments from voice calls that AT&T transmitted using phone-to-phone Internet Protocol (IP) telephone technology and/or calls made using AT&T prepaid calling cards that are filed or transferred to this District,

**IT IS HEREBY ORDERED** as follows:

I.     **COORDINATION OF ACTIONS**

A.     The above-captioned actions shall be coordinated for pretrial proceedings. In addition, any action now pending or hereafter filed in this Court, or transferred to this Court, which arises out of the same operative facts as alleged in these actions, will be coordinated for pretrial proceedings. The terms of this Order shall apply automatically to such actions later instituted in, removed to, or transferred to this Court.

B.     All counsel in this action and any future Coordinated Action shall make their best efforts to avoid duplication, inefficiency and inconvenience to the Court, the parties, counsel and witnesses.

C.     The Coordinated Actions shall be coordinated for pretrial purposes only. As such, the Coordinated Actions shall be referred to as *In re AT&T Access Charge Litigation*.

II.     **DOCKETING & FILING**

A.     Having coordinated these actions for pretrial purposes only, all entries and Court papers which relate to all such actions shall be captioned as follows and be filed in the case bearing the Civil Action Number 05-1360.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>AT&T ACCESS CHARGE LITIGATION )<br> )<br> )<br> )<br>THIS DOCUMENT RELATES TO: )<br>ALL ACTIONS )<br> )<br> ) | Civil Action No. 05-1360 |

  **B.**  All pleadings filed shall include the caption in paragraph II.A and be docketed in the lowest number case only. If the pleading applies to fewer than all cases, the caption should be the same as in paragraph II.A except instead of "All Actions," the caption should designate the individual case by plaintiff name only.

  C.  If a new action is filed, once the Court is notified that it is a related case, it will issue an order administratively closing the case with instructions to the Clerk's Office to include the names of the new parties in Civil Action No. 05-1360.

  **III.**  **SCHEDULING**

  A.  With respect to the above actions where answers have yet to be filed, they will be filed on or before October 21, 2005. As to these actions, initial disclosures will be made by both sides on or before November 4, 2005, and written discovery requests will be issued by both sides on or before November 23, 2005.

  B.  With respect to the three actions where answers have been filed, initial disclosures shall be made on or before September 28, 2005, and written discovery requests shall be issued on or before October 20, 2005.

   C. The currently pending motions to transfer will be withdrawn and all motions to transfer any of the above-captioned actions shall be filed as one omnibus motion in the lead case on or before October 1, 2005, an opposition shall be filed on or before October 14, 2005, and AT&T's reply shall be filed on or before October 21, 2005.

   D. The Clerk's Office shall administratively close the above-captioned cases, with the exception of the lead case, pending further order of the Court and all pleadings in those cases shall be filed henceforth only in *In re: AT&T Access Charge Litigation* and all pending motions to transfer will be withdrawn by defendant.



              s/
              **ELLEN SEGAL HUVELLE**
              **United States District Judge**

**Date: September 23, 2005**